

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00092-CR

JOSUE DANIEL FLORES                                                    APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

### FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1398490D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Josue Daniel Flores pleaded guilty to possession of a controlled substance of less than one gram (methamphetamine) in exchange for six months' confinement in state jail and now attempts to appeal this conviction. On March 27, 2015, we notified appellant that the trial court's certification of his right to appeal states that this is a plea-bargain case and that he has no right of

---

[1]*See* Tex. R. App. P. 47.4.

appeal.  We informed appellant that unless he or any party desiring to continue the appeal filed with the court, on or before April 6, 2015, a response showing grounds for continuing the appeal, the appeal would be dismissed.  *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3.  We have received no response.  Therefore, we dismiss the appeal.  *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL:  LIVINGSTON, C.J.; DAUPHINOT AND SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  May 14, 2015